■ Matthew J. Woodhouse, Appellant, v Bombardier Motor Corporation of America et al., Respondents. (Appeal No. 1.) [773 NYS2d 324]—Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered December 9, 2002. The order denied plaintiff's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Woodhouse v Bombardier Motor Corp. of Am.* (5 AD3d 1029 [2004]). Present—Green, J.P., Pine, Scudder, Kehoe and Gorski, JJ.